Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __FLORIDA__

__JACKSONVILLE__ Division

| | |
|---|---|
| __LEE M JohNSON__ | Case No. __3:23-cv-1435-HLA-MCR__ |
| Plaintiff(s) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| __SGT. PATRICK WILLIAMS__ | |
| Defendant(s) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | LEE M. JOHNSON |
| All other names by which you have been known: | N/A |
| ID Number | W40563 |
| Current Institution | Florida State Prison |
| Address | P.O. Box 800 |
| | Raiford, FL 32083 |
| | City / State / Zip Code |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | PATRICK WILLIAMS |
| Job or Title *(if known)* | Corrections Sergeant |
| Shield Number | UNKNOWN |
| Employer | Florida Dept. of Corrections / Florida State Prison |
| Address | Florida State Prison, 7819 N.W. 228 Street |
| | Raiford, FL 32083 |
| | City / State / Zip Code |

[✓] Individual capacity    [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | City / State / Zip Code |

[ ] Individual capacity    [ ] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

N/A

City   State   Zip Code

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

N/A

City   State   Zip Code

☐ Individual capacity   ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

SGT P. Williams violated my 8th Amendment Rights on 9-27-23 by sexually and physically assaulting me. SGT Williams violated my 8th Amendment Rights by physically and sexually assaulting me on 10-11-23. SGT Williams violated my 1st Amendment Rights by physically and sexually assaulting me on 9-27-23 and 10-11-23 in retaliation for filing grievances on him.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SGT. P. WILLIAMS WAS employed BY THE FLORIDA DEPT. OF CORRECTIONS AND ON DUTY IN full UNIFORM AT THE TIME OF THESE INCIDENTS IN THIS COMPLAINT AND WAS THE HOUSING SGT of MY HOUSING UNIT ON THE DATES OF THESE INCIDENTS

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

AT Florida State Prison ON B-Wing IN Cell B-1117 ON September 27 2023 AND October 11 2023 ON B-Wing IN Cell 1117

C. What date and approximate time did the events giving rise to your claim(s) occur?

(1) September 27 2023 exact time unknown (No clock on WWs Between 9:30 AM to 11:30 AM.

(2) October 11 2023 exact time unknown Between 12:00 P.M to 1:30 PM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Attached

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I AM Requesting $100,000 in Punitive Damages Against SGT. P. Williams

I AM Requesting $50,000 in Compensatory Damages Against SGT P. Williams

Statement of Facts Attached from page 5
Section D.

## INCIDENT # 1

1. On September 27 2023 exact time unknown due to no clock on the wing, but approximately between 9:30 AM to 11:30 AM on B-wing in cell 1117 at Florida State Prison. Sargeant P. Williams did enter my cell B-1117 to put in full restraints to go to a "Call-out". These full restraints consist of handcuffs - leg irons a - belly chain and a black box that covers the handcuffs. After SGT Williams secured me w/ these restraints and I was fully complying with all his orders SGT P. Williams did put his right arm around my neck from behind with his left arm crossed over his right wrist putting me in a - "Sleeper choke hold and did start choking me while he stated to me "Stop writing grievances on me or I'll kill you"

SGT P. Williams then slammed me face down on the bed then pulled down my pants and with his right hand started slapping me accross the buttocks several times further stating write another grievance and I'll kill you.

STATEMENT OF FACTS
Attached from Page 5
Section D.

INCIDENT # 2

2, On October 11 2023 exact time unknown but approximately 12:00 to 1:30 P.M on B-Wing in cell 1117 at Florida State Prison. SGT P. Williams did enter my cell B-1117 to put me in full restraints to go to a "call-out". After securing me in these full restraints and I was fully complying with all of SGT P. Williams orders SGT P. Williams did use his right hand to grab me by the throat and slam me against the cell wall and choking me while at the same time using his left hand to grab and painfully squeez my testicles while he stated to me "Stop writing grievances and talking to your lawyer or I'll rip your fucking nuts off and fuck your dead body

I will note that during this incident I was in full restraints and not in any way a threat to SGT Williams

I Lee M Johnson swear under penalty of perjury that what I stated concerning these two incidents of 9-27-23 and 10-11-23 is true and correct

*[signature]*
LEE M JOHNSON

ATTAched from PAGe 5
Section V
PAGe one of INJuries
_____

In The September 27 2023 INCident I suffered severe Pain in my Throat when swallowing food or water And Trouble Breathing which Lasted for 4 Days which I was Denied medical Treatment for.

I Also Have A Lot of Pain in my Neck Which Causes me Pain when I Turn my Head To The Left or Lay on my Left side

I suffer from Great fear from Corrections officers, every Time They enter my cell To Put me in Restraints I am in such fear That I Am suffering Panic Attacks

I have Constant ~~Nightmares~~ Night Mares of Being choked To Death By SGT Williams And Waking up in cold ~~sea~~ sweats from These Nightmares

I am Constantly Afraid SGT Williams will Carry out his Threats To Kill me

Attached from Page 5
Section. V

## Page Two of Injuries

In the incident on October 11 2023 I suffered more severe pain in my neck and trouble swallowing for a week for which I am still being denied medical treatment for. I have constant pain in my neck.

I Also suffered great pain in my penis and testicles from SGT Williams painfully squeezing them. This severe pain lasted 3 days when I walked, sat down or laid down or used the bathroom.

I Also suffer from daily panic attacks and constant nightmares of SGT Williams beating me to death. I live in constant fear of SGT Williams killing me by ripping off my nuts as he did state to me — that he would do.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Florida State Prison_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_Abuse by staff_

Page 6 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   At Florida state prison

2. What did you claim in your grievance?

   That SGT P. Williams physically and sexually assaulted me for filing grievances on him

3. What was the result, if any?

   Never received any response at the Institutional level then filed to Secretary of D.O.C (final step), again I received no response. Please see attach sworn affidavit

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   filed all the way to final step Secretary of DOC

## GENERAL AFFIDAVIT

**USE AS EXAMPLE ONLY!**
Do not fill in the blanks. You should handwrite your motion before submitting.

I, LEE M. JOHNSON, do hereby swear that the following statement is true and correct and made of may own free will, from my own personal knowledge.

That on September 28 And October 12, I Did file Grievances At The Institutional level about The Incident In This Complaint After Not Receiving Any Response, I Did file Grievances To The Secretary of D.O.C on 11-14-2023 Which is The Last Step In The Grievance Process. Also, I Did Submit A Sick-Call on 11-07-23 In A effort To Get These Incidents Documented And on 11-7-23 I Was Seen By Medical And filed 2 witness statements And Was Told It Was Referred To The Inspector General for Investigation. I Also Had My Brother file Citizen Complaints About These Incidents

Under penalties of perjury, I declare that I have read the forgoing affidavit and the facts stated in it are true and correct in accordance with section 92.525 Florida Statutes (2016)

By: /s/ Affiant Signature

Date: 11-20-2023

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    N/A

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    NA

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I Did Submit SickCall for t Medical on 11-7-23 was Take to Medical, filed witness statement About These Assaults on 11-7-23 was told it was Refered to Inspector General

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[✓] Yes

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Southern District, I Appealed it

Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____N/A_____

3. Docket or index number

   _____N/A_____

4. Name of Judge assigned to your case

   _____N/A_____

5. Approximate date of filing lawsuit

   _____N/A_____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition.   _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    See Attached
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

ATTACHed from PAGE 10    Previous LAW SUITS

1. Johnson v. Williams Case No 20-80709-CV-ruiz
   Southern District of florida    Plawtiff Dismissed

2. Johnson v. Lindor, Case No. 9.20-CV-81032 Dmm
   Southern District of Florida, Plawtiff Dismissed

3. Johnson v. SGT Alfred, Case 9:20-81961-CV-cooke
   Southern District of Florida, Plawtiff Dismissed

4. Johnson v. Ferguson Case No 20-81963-CV-williams
   Southern District of Florida, Plaintiff Dismissed

5. Johnson v. LT Castillo Case No 21-CV-80517-Bloom
   Southern District of florida, Plawtiff Dismissed

6. Johnson v. humphries, Case No. 21-civ-80985- Cannon
   Southern District florida, Plawtiff Dismissed

7. Johnson v. McKay Case No. 9:21-CV-81198-rosenberg
   Southern District of florida    Plawtiff Dismissed

   These cases were settled October of 2021

8. Johnson v SGT Gavner    Case No 3:22-CV-202 BJD
   Middle District         Judge Patricia D Barksdale Pendws

9. Johnson v LT McKwney    Case No 422-CV-00412-MAV/MAF
   Northern District        Judge Michael T Fyann

10. Johnson v Fishley Case No. 3:23-CV-941    Pendws
    Middle District                BJD-MCR

    Judge Brown V Davis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 30 2023

Signature of Plaintiff: _[signed]_
Printed Name of Plaintiff: Lee M Johnson
Prison Identification #: W40563
Prison Address: Florida State Prison, P.O. Box 800
Raiford, Florida 32083
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

Page 11 of 11